# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SUSAN LOPEZ, as personal representative of
the Estate of Marcos Lopez and SUSAN LOPEZ
on her own behalf, and as guardian of her minor
children, NICHOLAS LOPEZ and
ANALISA LOPEZ,

    Plaintiffs,

    v.                                                         No. CIV 11-633 GBW/RHS

GEICO INSURANCE COMPANY,

    Defendant.

## ORDER

These matters come before the Court on Plaintiff's Designations of the Deposition Testimony and Defendants' Objections to Plaintiff's Designations (*doc. 206*). Being fully advised, the Court will sustain the following objections and exclude the following designations:[1]

1. Deposition of Daniel Butterman
    a. 41:11-20
    b. 49:16-51:3
    c. 55:2-56:7
    d. 70:13-24
    e. 82:1-83:4

---

[1] As noted at the pre-trial conference, the Court will also exclude any objections or other commentary by counsel which are contained in the proffered deposition designations even if they have not been otherwise objected to.

2. Deposition of Patti Kratzert
    a. 51:16-21
    b. 52:19-19
    c. 53:19-25
    d. 54:1-7
    e. 55:11-16

3. Deposition of Tori Kozlow
    a. 8:14-11:12
    b. 73:22-74:1

4. Deposition of Ann Pelczar
    a. 22:10-11
    b. 31:23-34:19
    c. 33:11-23
    d. 38:17-39:15
    e. 53:5-13
    f. 57:6-25
    g. 63:17-64:3

5. Deposition of Joylene Penfold
    a. 20:18-21:7

6. Deposition Ruben Garay
    a. 21:20-22:2
    b. 28:25-29:9
    c. 29:10-24

7. Deposition of Shannon John
    a. 23:5-9
    b. 24:6-15
    c. 2018-32:5
    d. 34:11-6
    e. 50:14-19
    f. 53:12-16
    g. 53:17-54:1

All other objections are overruled.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**